UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RA'MAR DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00116-RLY-MG |
| | ) | |
| TIM GREATHOUSE and PATRICK THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED FINAL JUDGMENT**

Pursuant to the Order issued this day, the court enters final judgment in favor of Defendants and against Plaintiff.

**SO ORDERED** this 19th day of December 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Mail to:
Ra'Mar Daniels
842 173rd Street
Hammond, IN 46324

1